Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: LStone@shookandstone.com

Attorneys for Plaintiff James W. Harris

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES W. HARRIS, | Case No.: 2:25-cv-01689-MDC |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND ORDER |
| vs. | (FIRST REQUEST) |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff James W. Harris and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from December 18, 2025 to January 19, 2026, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for

1  Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil
2  Procedure extended accordingly. This is Plaintiff's first request for an extension.
3  This request is made at the request of Plaintiff's counsel to allow additional time to
4  fully research the issues presented. Counsel is scheduled to be out of town due to
5  attendance at a previously scheduled memorial service.
6  DATE: December 17, 2025   Respectfully submitted,
7          LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

         /s/ *Marc V. Kalagian*
    BY: _____
     Marc V. Kalagian
     Attorney for plaintiff James W. Harris

DATE: December 17, 2025   SIGAL CHATTAH
             First Assistant United States Attorney

         /s/ *Angela Thornton-Millard*
       BY: _____

        Angela Thornton-Millard
        Special Assistant United States Attorney
        |*authorized by e-mail|

### ORDER

IT IS SO ORDERED:

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2025

-2-