Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: LStone@shookandstone.com

Attorneys for Plaintiff James W. Harris

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES W. HARRIS,<br><br>                Plaintiff,<br><br>        vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:  2:25-cv-01689-MDC<br><br>STIPULATION TO EXTEND TIME<br>OF TIME TO FILE PLAINTIFF'S<br>BRIEF AND [PROPOSED] ORDER<br><br>(SECOND REQUEST) |

Plaintiff James W. Harris and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from January 19, 2026 to February 9, 2026, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for

-1-

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

We certify that Artificial Intelligence was not used to prepare the foregoing document.

DATE: January 20, 2026     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff James W. Harris

DATE: January 20, 2026          SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: _____

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

**ORDER**

DATED: January 21, 2026

IT IS SO ORDERED:

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

-2-