SIGAL CHATTAH, NVSBN 5634
First Assistant United States Attorney
District of Nevada

KATHERINE B. WATSON, WASBN 51525
Special Assistant United States Attorney
Social Security Administration
Office of Law & Policy
Program Litigation 1
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (917) 902-9557
E-Mail: Katherine.Watson@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. HARRIS,<br><br>      Plaintiff,<br><br>          v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No.: 2:25-cv-01689-MDC<br><br>**UNOPPOSED MOTION FOR<br>EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant, Frank Bisignano, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dckt. 17, filed on February 9, 2026), currently due on March 11, 2026, by 30 days, through and including April 10, 2026.

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Kamal Jobe is a new attorney to this office working on this case under my supervision, and he only recently completed training, which means he will need more time to familiarize himself with relevant legal authority and prepare a response to Plaintiff's Brief. Mr. Jobe

will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings.

Mr. Jobe advised Plaintiff's counsel of the need for this extension on February 27, 2026, and they agreed to the extension. Defendant's counsel proceeds with filing this motion to inform the Court of this issue as timely as possible.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including April 9, 2026.

Certification: I certify that Artificial Intelligence was not used to prepare the foregoing document.

Dated: March 2, 2026                   Respectfully submitted,

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Katherine B. Watson*
KATHERINE B. WATSON
Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: March 3, 2026

2